UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TD BANK, N.A.<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD G. GAGNON a/k/a RICHARD G. GAGNON, SR. and DAVID T. GAGNON,<br><br>  Defendants. | Civil Action No. 1:17-cv-00091-DBH |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Duane Morris LLP (Andrea T. Holbrook, appearing) on behalf of TD Bank, N.A., Richard Gagnon and David Gagnon, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above matter is dismissed.

|  | DUANE MORRIS LLP |
|---|---|
| /s/ Richard G. Gagnon<br>By: Richard G. Gagnon<br>123 W. High Street A3<br>East Hampton, CT 06424-1723<br>Defendant | /s/ Andrea T. Holbrook<br>By:   Andrea T. Holbrook<br>2 Monument Square, Suite 505<br>Portland, Maine 04101<br>antholbrook@duanemorris.com<br> (215) 979-1677<br>Attorneys for Plaintiff TD Bank, N.A. |

/s/ David T. Gagnon
By: David T. Gagnon
359 Butternut Street
Middletown, CT 06457-3044
Defendant